# EXHIBIT B

**Infringement Claim Chart for US8534551B2 v. IRMG ("Defendant")**

| Claims | Evidence |
|---|---|
| 1. A method for issuing a purchase transaction receipt over a network, the method comprising: | The defendant's product Square Register practices a method of issuing a digital receipt by SMS or email for a purchase transaction (i.e. purchase transaction receipt over a network) automatically upon completion of the sale.<br><br>The International Restaurant Management Group (IRMG) has partnered with Square to bring Square's leading in-person payment and point-of-sale solutions at exclusive deals for IRMG customers and issues a digital receipt by SMS or email for a purchase transaction.<br><br>Finding a solution in Square's Managed Payments and Square Register.<br><br>By switching to Square, IRMG has been able to provide customers with an easy and fast checkout that allows employees to connect with customers and increase the number of transactions they process. The move to Square also comes along with more security and fewer worries about managing PCI compliance and the fees that come along with it, since, as the merchant of record, Square takes on the burden of staying PCI compliant.<br><br>Source: https://squareup.com/case-studies/irmg |

## A restaurant group that puts customers first.

The International Restaurant Management Group (IRMG) operates 200+ restaurants in 29 states and 7 countries. The company has developed several brands including Kelly's Cajun Grill, Yeung's Lotus Express, Suki Hana, Chicken Connection, Latin Grill, Tango Grill, Cilantro Fresh Mex, and Gusto's Pizza and Subs. The company attributes it success to its attention to operations and developing customer relationships.

In Miami-Dade's largest retail shopping center – Dolphin Mall – IRMG operates concessions. Recently, it transitioned all of the vendors in the food court to Square Register after identifying operational inefficiencies that were inhibiting the customer experience.

Source: https://squareup.com/case-studies/irmg

# Send Digital Receipts

With every successful payment, you can provide a digital receipt (by SMS or email) or a printed receipt for your customers.

Each receipt will reflect an itemised breakdown of whole number and decimal quantities, discounts and applicable taxes.

Source: https://squareup.com/help/gb/en/article/5070-send-digital-receipts

2

| | |
|---|---|
| | When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts |
| receiving, by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card | The defendant's product Square Register at IRMG stores practices a method of issuing a digital receipt by SMS or email for a purchase transaction over an electronic network and receives by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card account.<br><br>For example, the Square Register includes a server in communication with a network (e.g., Defendant's server). The server receives a registration request to receive digital receipts in associated with a first credit card account (e.g., The registration takes place in the IRMG store at a Square point-of-sale terminal connected to a server, when a customer uses a payment card for the first time at the IRMG store). |

| account; | When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br><br><br>Source: https://www.youtube.com/watch?v=pEPBl0nSbJw |
| --- | --- |

| storing, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated with a first customer; | The defendant's Product necessarily stores, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated with a first customer. (e.g., a customer's information is stored in a database in a customer record which is associated with the payment card as well as the customer's email address). |
|---|---|

When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.

At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.

Source: https://squareup.com/help/us/en/article/5212-automatic-receipts



Source: https://www.youtube.com/watch?v=pEPBl0nSbJw

| receiving, at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction; | The Product receives at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction. (e.g., at the time of purchase, the customer swipes their payment card in a credit card reader at the Point-of-Sale system, which transmits, to the server, the credit card information identifying the credit card account along with purchase information such as items purchased).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br><br><br>Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs |



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/us/en/hardware/register



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/case-studies/irmg

| | |
|---|---|
| retrieving, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account; | The Product retrieves, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account. (e.g., the customer's detail is retrieved based on the credit card information provided by the credit card reader).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br> |

Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/us/en/hardware/register



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/case-studies/irmg

| initiating a charge of an amount of the transaction to the first credit card account; and | The Product initiates a charge of an amount of the transaction to the first credit card account (e.g., the system, through the POS, charges the transaction amount to the customer's payment card).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br><br><br>Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs |



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/us/en/hardware/register



Source: https://www.youtube.com/watch?v=NfCFAsJsNp8



Source: https://squareup.com/case-studies/irmg

| | |
|---|---|
| Automatically transmitting a digital receipt for the transaction to the destination associated with the first customer without input from the first customer. | The defendant's product Square Register at IRMG store automatically transmits a digital receipt for the transaction to the destination associated with the first customer without input from the first customer (e.g., when a customer who has opted to receive digital receipt after the completion of a transaction, a digital receipt is automatically emailed to them).<br><br>**Finding a solution in Square's Managed Payments and Square Register.**<br><br>By switching to Square, IRMG has been able to provide customers with an easy and fast checkout that allows employees to connect with customers and increase the number of transactions they process. The move to Square also comes along with more security and fewer worries about managing PCI compliance and the fees that come along with it, since, as the merchant of record, Square takes on the burden of staying PCI compliant.<br><br>Source: https://squareup.com/case-studies/irmg<br><br>**A restaurant group that puts customers first.**<br><br>The International Restaurant Management Group (IRMG) operates 200+ restaurants in 29 states and 7 countries. The company has developed several brands including Kelly's Cajun Grill, Yeung's Lotus Express, Suki Hana, Chicken Connection, Latin Grill, Tango Grill, Cilantro Fresh Mex, and Gusto's Pizza and Subs. The company attributes it success to its attention to operations and developing customer relationships.<br><br>In Miami-Dade's largest retail shopping center – Dolphin Mall – IRMG operates concessions. Recently, it transitioned all of the vendors in the food court to Square Register after identifying operational inefficiencies that were inhibiting the customer experience. |

Source: https://squareup.com/case-studies/irmg

# Send Digital Receipts

With every successful payment, you can provide a digital receipt (by SMS or email) or a printed receipt for your customers.

Each receipt will reflect an itemised breakdown of whole number and decimal quantities, discounts and applicable taxes.

Source: https://squareup.com/help/gb/en/article/5070-send-digital-receipts

When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.

At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.

Source: https://squareup.com/help/us/en/article/5212-automatic-receipts

16