UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-25256-Civ-COOKE/GOODMAN**

ELECTRONIC RECEIPTS
DELIVERY SYSTEMS, LLC,

      Plaintiff,

vs.

INTERNATIONAL RESTAURANT
MANAGEMENT GROUP, INC.,

      Defendant.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

THIS MATTER comes before me on Defendant's Unopposed Motion to Stay the proceeding, pending resolution of a related case by the same Plaintiff against the developer and distributor of the accused product alleged to be at issue here. *See* ECF No. 20. After reviewing the record, the Court agrees that a stay pending resolution of the related action would promote judicial and litigation efficiency, avoid inconsistent results, and would not prejudice Plaintiff.

A district court has the authority to stay proceedings on its motion or on motion of the parties. *See, e.g., Landis v. North Am. Water Works and Elec. Co.*, 299 U.S. 248, 254 (1936) (noting that federal courts have inherent authority to stay proceedings to conserve judicial resources and ensure that each matter is handled efficiently). To preserve judicial resources and ensure an efficient and just outcome, the Court **STAYS** this case until the related case, pending before a District Court in Ohio, is resolved. The parties will notify the Court within **ten days** of that Court issuing a decision. Until then, the Clerk will *administratively* **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of September 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*